CRABB v. JONES, DEF'T., AND MAXWELL, GARNISHEE.

September 9, 1837.

*Motion for judgment on answer of garnishee.*

Debts in suit and unsatisfied judgments owned by the defendant, are the subjects of attachment of execution under the act of 16th June, 1836, relating to executions.

THIS was an attachment of execution against Jones, defendant, with a clause in the nature of *scire facias* against Maxwell, as garnishee, in foreign attachment, under the 32d–38th sections inclusive, of the act of 18th June, 1836, relating to executions. Interrogatories were put to Maxwell, who made answer as follows, viz.:

" Jno. Maxwell, being duly sworn, says, that Jno. Jones, the defendant above named, did on the 26th of June last obtain in this court a judgment against him for $365, 24 as he is informed and verily believes, and he has no other goods or chattels of the defendant, Jno. Jones."

*Gerhard*, moved for judgment against Maxwell on this answer.

PER CURIAM.—A doubt has been suggested whether a debt in suit between the original parties, or an unsatisfied judgment owned by the defendant could be the subject of a foreign attachment. Whatever was the law prior to the act of June 16, 1836, on that subject, its provisions now remove all difficulty as to attachments of execution. The act speaks of " a debt due to the defendant," without limitation as to its nature, and therefore judgments are within its scope.

Motion granted.